■ The People of the State of New York, Respondent, v Ronald G. Brink, Appellant. (Appeal No. 2.) [21 NYS3d 652]— Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Ontario County Court (Craig J. Doran, J.), dated December 18, 2013. The order denied the motion of defendant pursuant to CPL 440.10.

It is hereby ordered that said appeal is unanimously dismissed as academic (*see People v Wilson*, 5 NY3d 778, 779 n [2005]). Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.

■ In the Matter of Gail Murtaugh, Individually and Doing Business as Crosby Hill Auto Recycling, et al., Appellants, v New York State Department of Environmental Conservation et al., Respondents. (Appeal No. 1.) [20 NYS3d 924]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered January 22, 2014 in a proceeding pursuant to CPLR article 78. The order, among other things, denied petitioners' cross motion to dismiss the counterclaims.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985 [1990]). Present—Scudder, P.J., Smith, Carni, Lindley and Valentino, JJ.